UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.   **CV 23-9612-MWF(BFMx)** | Date:  November 30, 2023 |
| Title   **Edvard Safaryan v. Toyota Motor Sales USA, Inc., et al.** | |

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that Defendant Toyota Motor Sales, U.S.A., Inc. removed this action to this Court on November 13, 2023.  (*See* Notice of Removal, Docket No. 1).  The Notice of Removal does not include Defendant's Answer to the Complaint.  Pursuant to Federal Rule of Civil Procedure 81(c)(2), Defendant's response to the Complaint was due no later than November 20, 2023.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **DECEMBER 11, 2023**.

- BY DEFENDANT:  RESPONSE TO THE COMPLAINT.  The parties may also file an appropriate stipulation to extend the time within which Defendant must respond to the Complaint.

    OR

- BY PLAINTIFF:  APPLICATION FOR CLERK TO ENTER DEFAULT as to Defendant who has not timely responded to the Complaint.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 23-9612-MWF(BFMx)**                                        Date:  November 30, 2023

Title           **Edvard Safaryan v. Toyota Motor Sales USA, Inc., et al.**

respond to the Order to Show Cause by **DECEMBER 11, 2023** will result in the dismissal of this action.

    IT IS SO ORDERED.

                                                                        Initials of Preparer:  RS/sjm