JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDVARD A SAFARYAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., a California Corporation; VAN NUYS-L, INC., a California Corporation; and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No.: CV 23−9612−MWF(BFMx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

Upon review of the parties' signed Stipulation to Dismiss with Prejudice (Docket No. 35), **IT IS HEREBY ORDERED** that this action shall be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: December 18, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge

ORDER